```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00089-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO SET |
| | ) MOTION HEARING ON MAY 3, 2012, AT |
| v. | ) 9:00 A.M., TOGETHER WITH BRIEFING |
| | ) SCHEDULE |
| JAMES STEWART RICHARDS, | ) |
| | ) Date: February 9, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Samantha S. Spangler, Assistant United States Attorney, and Michael Petrik, Jr., attorney for James Stewart Richards, that the Court should vacate the status conference scheduled for February 9, 2012, at 9:00 a.m., and set a motion hearing on May 3, 2012, at 9:00 a.m.

Counsel agree that: the defendant will file motions on or before March 22, 2012; the government will respond on or before April 19, 2012; and the defendant may reply on or before April 26, 2012.

///
///
///
///

1

The parties further stipulate that the Court should exclude the period from the date of this order through May 3, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Richards' request for time to file motions outweighs the best interest of the public and Mr. Richards in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4), and § 3161(h)(1)(D) (Local Code E).

Dated: February 6, 2012

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik

_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: February 6, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for

_____
SAMANTHA S. SPANGLER
Assistant U.S. Attorney

///
///
///
///
///
///
///
///

2

**ORDER**

**IT IS SO ORDERED.** The motion hearing is set for May 3, 2012, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting defendant time to file motions outweighs the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 3, 2012, pursuant to 18 U.S.C. §§ 3161(h)(7) (Local Code T4), and 3161(h)(1)(D) (Local Code E).

Dated: February 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE