1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-00089-MCE |
| Plaintiff, | STIPULATION AND ORDER TO SET MOTION HEARING ON JULY 12, 2012, AT 9:00 A.M., TOGETHER WITH BRIEFING SCHEDULE |
| v. | |
| JAMES STEWART RICHARDS, | Date: May 24, 2012 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Jean Hobler, Assistant United States Attorney, and Michael Petrik, Jr., attorney for James Stewart Richards, that the Court should vacate the motion hearing scheduled for May 24, 2012, at 9:00 a.m., and reset it on July 12, 2012, at 9:00 a.m.

Counsel agree that: the defendant will file motions on or before May 31, 2012; the government will respond on or before June 28, 2012; and the defendant may reply on or before July 5, 2012.

///
///
///

STIPULATION AND ORDER         1         2:10-cr-00089-MCE

1 | The parties further stipulate that the Court should exclude the
2 | period from the date of this order through July 12, 2012, when it
3 | computes the time within which the trial of the above criminal
4 | prosecution must commence for purposes of the Speedy Trial Act. The
5 | parties stipulate that the ends of justice served by granting Mr.
6 | Richards' request for time to file motions outweighs the best interest
7 | of the public and Mr. Richards in a speedy trial, and that this is an
8 | appropriate exclusion of time for defense preparation within the
9 | meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4), and § 3161(h)(1)(D)
10 | (Local Code E).

Dated: April 13, 2012

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: April 13, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for
_____
JEAN HOBLER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The motion hearing is reset for July 12, 2012, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting defendant time to file motions outweighs the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through July 12, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4), and § 3161(h)(1)(D) (Local Code E).

Dated: April 16, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE