BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES STEWART RICHARDS,<br><br>Defendant. | Case No. 2:10-CR-089 MCE<br><br>**STIPULATION AND ORDER TO AMEND SUPERSEDING INDICTMENT** |

In the course of discussions of this case with defense counsel, Government counsel has recently become aware of issues with the figures recited in the superseding indictment. Having raised these issues with defense counsel, the parties agree that these are in the nature of typographical errors that may be corrected without resort to the grand jury.

Government counsel has identified two errors in the table setting forth the years and amounts of tax deficiencies, and a resulting error in the total figure recited.

| Tax Year | Federal Income Tax Due and Owing (as stated in superseding indictment) | Federal Income Tax Due and Owing (correct) | Due On or About |
|---|---|---|---|
| 1994 | 6,639 | 6,639 | April 15, 1995 |
| 1995 | 14,367 | 14,367 | April 15, 1996 |
| 1996 | 18,113 | 18,113 | April 15, 1997 |
| 1997 | 17,284 | 17,284 | April 15, 1998 |

1

| Tax Year | Federal Income Tax Due and Owing (as stated in superseding indictment) | Federal Income Tax Due and Owing (correct) | Due On or About |
|---|---|---|---|
| 1998 | 17,044 | 17,044 | April 15, 1999 |
| 1999 | 12,507 | 12,507 | April 15, 2000 |
| 2000 | 25,199 | 25,199 | April 15, 2001 |
| 2001 | 15,829 | 15,529 | April 15, 2002 |
| 2002 | 8,970 | 8,970 | April 15, 2003 |
| 2003 | 75,142 | 41,923 | April 15, 2004 |
| *Total:* | *177,875* | *177,575* | |

For the 2001 tax year, a typographical error resulted in the inclusion of $300 more in taxes due than actually occurred. As to the 2003 tax year, Government counsel inadvertently used the amount of tax due and owing together with penalties and interest. Nonetheless, in the superseding indictment, the total of $177,875 was calculated on the 2003 figure of taxes due without penalties and interest. In other words, if one added all the figures due and owing in the superseding indictment, it would amount to a total of $211,094 rather than the $177,875 figure found in the superseding indictment.

An indictment may be amended to correct errors where such correction does not prejudice the defendant or mislead him as to the charges against him. *See U.S. v. Neill*, 166 F.3d 943, 947-948 (9th Cir. 1999) (no error after matter submitted to jury in amending indictment to reflect bank robbed was the Bank of Salem, not Wells Fargo); *U.S. v. Lim*, 984 F.2d 331, 337 (upon motion to dismiss, district court properly allowed amendment of indictment to reflect code section charged). Here, the corrected figures in the tax due table benefit the defendant. Thus, Mr. Richards' counsel indicates Mr. Richards is amenable to amendment of the superseding indictment without returning to the grand jury.

///

///

///

The parties therefore stipulate and agree that the superseding indictment in this matter be amended such that the tax year 2001 tax due and owing reflect 15,529, the tax year 2003 due and owing reflect 41,923, and the overall tax due and owing reflect 177,575.

Dated: June 26, 2013      BENJAMIN B. WAGNER
United States Attorney

By: */s/ Jean M. Hobler*
JEAN M. HOBLER
Assistant U.S. Attorney

Dated: June 26, 2013      HEATHER WILLIAMS
Federal Defender

By: */s/ Michael Petrik*
MICHAEL PETRIK
Assistant Federal Defender (auth. 6/26/2013)

I, James Richards, have reviewed this issue with my counsel. I understand my right to be charged by indictment returned by a grand jury and to the extent necessary to effect the changes discussed in this stipulation, I waive that right and consent that the proceeding may be by amendment of the superseding indictment as set forth in this stipulation.

Dated: June 20, 2013

/s/
JAMES S. RICHARDS

**ORDER**

For the reasons set forth in the stipulation between the parties, the Court finds good cause for allowing the amendment of the superseding indictment as follows:

1. The tax year 2001 tax due and owing should reflect 15,529;
2. The tax year 2003 due and owing reflect 41,923; and
3. The overall tax due and owing reflect 177,575.

The government shall file an amended superseding indictment consistent with this order, indicating in interlineation in the caption that the superseding indictment is "amended per court order dated July 1, 2013", and interlineating the information outlined above in the relevant portion of the superseding indictment.

IT IS SO ORDERED.

Dated: July 1, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT