```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    JAMES STEWART RICHARDS
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    ) No. 2:10-cr-00089 MCE
                                 )
11            Plaintiff,         ) **STIPULATION AND ORDER TO**
                                 ) **RESCHEDULE JURY TRIAL TO APRIL**
12       v.                      ) **14, 2014, AT 9:00 A.M.**
                                 )
13  JAMES STEWART RICHARDS,      ) Date:  August 22, 2013
                                 ) Time:  9:00 a.m.
14            Defendant.         ) Judge: Hon. Morrison C. England
                                 )
15
```

THE PARTIES STIPULATE, through counsel, Jean Hobler, Assistant United States Attorney, and Michael Petrik, Jr., attorney for James Stewart Richards, that the Court should vacate the trial confirmation hearing and jury trial presently set, and reschedule this case for the following dates: trial confirmation hearing March 20, 2014, at 9:00 a.m.; jury trial April 14, 2014, through April 16, 2014, and April 21, 2014, through April 23, 2014, each day at 9:00 a.m.

Mr. Richards has a complex, civil litigation matter proceeding to trial in Fall, 2013. That matter has finally received a trial date after several years of litigation. Consequently, defense counsel and Mr. Richards will not have time together to adequately prepare for the

Stipulation and Order                    1                           10-89 MCE

jury trial in this matter.  In addition, due to prior furlough days and in anticipation of future furloughs next fiscal year, defense counsel requires the extra time to investigate and prepare and adequate presentation for this matter for trial.  The parties have conferred regarding the proposed hearing and trial dates, and the proposed dates represent the earliest mutually agreeable dates.

The parties further stipulate that the Court should exclude the period from the date of this order through April 14, 2014, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Richards' request for a continuance outweigh the best interest of the public and Mr. Richards in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

| | |
|---|---|
| Dated: July 15, 2013 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | /s/ M. Petrik |
| | MICHAEL PETRIK, Jr.<br>Assistant Federal Defender |
| Dated: July 15, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ M.Petrik for |
| | JEAN M. HOBLER<br>Assistant U.S. Attorney |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **IT IS SO ORDERED.** The Court orders the trial confirmation hearing, |
| 3 | and jury trial dates, rescheduled as proposed in this stipulation. The |
| 4 | Court also orders time excluded from the date of this order through the |
| 5 | jury trial on April 14, 2014, pursuant to 18 U.S.C. § 3161(h)(7) (Local |
| 6 | Code T4). For the reasons stated above, the Court finds that the ends |
| 7 | of justice served by granting defendant's request for a continuance |
| 8 | outweigh the best interest of the public and defendant in a speedy |
| 9 | trial. |

Date: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT